ORDERED.

**Dated:  March 02, 2016**



Arthur B. Briskman
United States Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION
### www.flmb.uscourts.gov

Case No. 6:16-bk-00597-ABB

In re:                                                                        Chapter 13

**TERESA RENEE JONES**

**_____ Debtor _____**

### <u>ORDER GRANTING DEBTORS' MOTION TO EXTEND THE AUTOMATIC STAY</u>

THIS CASE came on February 25, 2016 at 11:30 AM for consideration upon the Debtor's Motion to Extend the Automatic Stay (Doc. No. 11).  The Court considered the Motion, together with the record and finds that the Debtors' Motion to Extend Automatic Stay should be approved.

Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1.  The Motion to Extend the Automatic Stay is granted; and
2.  The automatic stay is extended.

Attorney Sara Chalkley is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.